John P. Hooper (JH 4262)
Eric F. Gladbach (EG 9103)
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Tel. (212) 521-5400
*Attorneys for Defendant*
*Fox Broadcasting Company*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

4KIDS ENTERTAINMENT, INC.,

    Plaintiff,

- against -

FOX BROADCASTING COMPANY,

    Defendant.

**DEFENDANT FOX BROADCASTING COMPANY'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Fox Broadcasting Company ("Fox"), a private (non-governmental) party certifies that the following is a corporate parent, subsidiary, or affiliate of that party, which is publicly held:

    NEWS CORPORATION

Dated: May 27, 2008
       New York, New York

                        Respectfully submitted,
                        REED SMITH LLP

                        John P. Hooper (JH 4262)
                        Eric F. Gladbach (EG 9103)

- 2 -

599 Lexington Avenue
New York, NY 10022
Tel. (212) 521-5400
Fax (212) 521-5450

*Attorneys for Defendant
Fox Broadcasting Company*