John P. Hooper (JH 4262)
Eric F. Gladbach (EG 9103)
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Tel. (212) 521-5400
*Attorneys for Defendant*
*Fox Broadcasting Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

4KIDS ENTERTAINMENT, INC.,

          Plaintiff,

- against -

FOX BROADCASTING COMPANY,

          Defendant.

Case No.: 08 CV 4865 (GBD)

**CERTIFICATION OF SERVICE**

This is to certify that on this 28th day of May, 2008, Defendant, Fox Broadcasting Company caused to be served copies of the NOTICE OF REMOVAL, RULE 7.1 DISCLOSURE STATEMENT and CIVIL COVER SHEET by United States overnight mail with postage prepaid, to:

Frederic W. Yerman, Esq.
Michael A. Lynn, Esq.
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
*Attorneys for Plaintiff*

                                  _____
                                  John P. Hooper (JH 4262)
                                  Eric F. Gladbach (EG 9103)
                                  599 Lexington Avenue

NYLIB-8024906.1-JKSEIDEL 5/28/08 11:53 AM

- 2 -

New York, NY 10022
Tel. (212) 521-5400
Fax (212) 521-5450

*Attorneys for Defendant*
*Fox Broadcasting Company*