```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 7 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

4KIDS ENTERTAINMENT, INC.,

                  Plaintiff,

-against-

FOX BROADCASTING COMPANY,

                  Defendant.

No. 08 Civ. 4865 (GBD) (AJP)
ECF Case

**STIPULATION AND ORDER**

---

        IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties to this action as follows:

        1.    The time for 4Kids Entertainment, Inc. ("4Kids") to respond to the Counterclaims asserted by defendant Fox Broadcasting Company ("FOX") is hereby extended from June 26, 2008 to and including July 17, 2008.

Dated:    June 25, 2008
             New York, New York

KAYE SCHOLER LLP

By: _/s/ Fredric W. Yerman_
Fredric W. Yerman
425 Park Avenue
New York, NY 10022
(212) 836-8000

Attorneys for Plaintiff

REED SMITH LLP

By: _/s/ John P. Hooper_
John P. Hooper
599 Lexington Avenue
New York, NY 10022
(212) 521-5400

Attorneys for Defendant

So Ordered:   JUN 27 2008

_/s/ George B. Daniels_
HON. GEORGE B. DANIELS

31664863