AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

**APPEARANCE**

Case Number:  08 Civ. 4865 (GBD)(AJP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

plaintiff in the action entitled 4Kids Entertainment, Inc. v. Fox Broadcasting Company

I certify that I am admitted to practice in this court.

| 7/17/2008 | *[signature: Michael A. Lynn]* |
|---|---|
| Date | Signature |

| Michael A. Lynn | 6052 |
|---|---|
| Print Name | Bar Number |

Kaye Scholer LLP, 425 Park Avenue
Address

| New York | New York | 10022 |
|---|---|---|
| City | State | Zip Code |

| (212) 836-8000 | (212) 836-8689 |
|---|---|
| Phone Number | Fax Number |