UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **4KIDS ENTERTAINMENT, INC.,**<br><br>     **Plaintiff,**<br><br>-against-<br><br>**FOX BROADCASTING COMPANY,**<br><br>     **Defendant.** | No. 08 Civ. 4865 (GBD) (AJP)<br>ECF Case<br><br>**<u>RULE 7.1 STATEMENT</u>** |

  Pursuant to Federal Rules of Civil Procedure 7.1, [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for 4Kids Entertainment, Inc. certifies that the following are corporate parents or publicly held corporations owning 10% of more of the stock of said party.

  None.

Dated: July 17, 2008
    New York, New York

             **KAYE SCHOLER LLP**

             By: /s/ Fredric W. Yerman
               Fredric W. Yerman
               Michael A. Lynn
               Alexandra Harris

             425 Park Avenue
             New York, NY 10022
             (212) 836-8000
             *Attorneys for Plaintiff*
             *4Kids Entertainment, Inc.*

31675014.DOC