AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

**APPEARANCE**

Case Number: 08 Civ. 4865 (GBD)(AJP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

plaintiff in the action entitled 4Kids Entertainment, Inc. v. Fox Broadcasting Company

I certify that I am admitted to practice in this court.

| 7/22/08 | _[signature]_ | |
|---|---|---|
| Date | Signature | |
| | Fredric W. Yerman | |
| | Print Name | Bar Number |
| | Kaye Scholer LLP, 425 Park Avenue | |
| | Address | |
| | New York | New York | 10022 |
| | City | State | Zip Code |
| | (212) 836-8000 | (212) 836-8689 |
| | Phone Number | Fax Number |