REED SMITH LLP
John P. Hooper
Christopher W. Healy
Wallace B. Neel
599 Lexington Avenue
New York, New York 10022
(212) 521-5400

*Attorneys for Defendant*
*Fox Broadcasting Company*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 4KIDS ENTERTAINMENT, INC., | No. 08-CV-4865 (GBD/AJP) |
| Plaintiff | |
| -against- | **NOTICE OF APPEARANCE** |
| FOX BROADCASTING COMPANY, | |
| Defendant. | |

  PLEASE TAKE NOTICE that the undersigned attorney hereby appears as an attorney of record for Defendant Fox Broadcasting Company, and further request that copies of all papers in this action be served upon them at their offices and addresses set forth below.

Dated: July 23, 2008
   New York, New York

          **REED SMITH, LLP**

          Wallace B. Neel
          599 Lexington Avenue
          New York, New York 10022
          Telephone: (212) 521-5400
          Facsimile: (212) 521-5450

          *Attorneys for Defendant*
          *Fox Broadcasting Company*

- 2 -

TO: KAYE SCHOLER LLP
Frederic Y. Yerman, Esq..
425 Park Avenue
New York, New York 10022
Tel: 212-836-3000
Fax: 232-836-8689
fyerman@kayescholer.com

*Attorneys for Plaintiff-
Counterclaim Defendant*