REED SMITH LLP
John P. Hooper
Christopher W. Healy
Wallace B. Neel
599 Lexington Avenue
New York, New York 10022
(212) 521-5400

*Attorneys for Defendant*
*Fox Broadcasting Company*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| 4KIDS ENTERTAINMENT, INC., | No. 08-CV-4865 (GBD/AJP) |
| Plaintiff | |
| -against- | **NOTICE OF APPEARANCE** |
| FOX BROADCASTING COMPANY, | |
| Defendant. | |

PLEASE TAKE NOTICE that the undersigned attorney hereby appears as an attorney of record for Defendant Fox Broadcasting Company, and further request that copies of all papers in this action be served upon them at their offices and addresses set forth below.

Dated: July 23, 2008
New York, New York

REED SMITH, LLP

_____
Christopher W. Healy
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450

*Attorneys for Defendant*
*Fox Broadcasting Company*

- 2 -

TO:   Frederic Y. Yerman, Esq.
       425 Park Avenue
       New York, New York 10022
       Tel: 212-836-3000
       Fax: 232-836-8689
       fyerman@kayescholer.com

*Attorneys for Plaintiff-
Counterclaim Defendant*