UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

4KIDS ENTERTAINMENT, INC.,

            Plaintiff,

-against-

FOX BROADCASTING COMPANY,

            Defendant.

No. 08 Civ. 4865 (GBD) (AJP)
ECF Case

**CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

---

       After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

    1.    No additional parties may be joined after October 1, 2008.

    2.    No amendment to the pleadings will be permitted after December 1, 2008.

    3.    The parties will commence the exchange of information required by Fed. R. Civ. P. 26(a)(1) by August 6, 2008.

    4.    Except for good cause shown, all discovery shall be commenced in time to be completed by July 1, 2009.

        a.    The parties will serve their initial discovery requests by August 15, 2008.

        b.    The parties will complete deposition of fact witnesses by April 3, 2009.

        c.    The parties will exchange expert reports by May 5, 2009.

     d. The parties will exchange expert rebuttal reports by June 5, 2009.

     e. The parties will complete depositions of expert witnesses by July 1, 2009.

  5. Dispositive motions are to be served by August 14, 2009. Answering papers are to be served within 21 days. Reply papers are to be served within fourteen days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three (3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

  6. A final pretrial conference will be held on September 16, 2009 at 9:30 a.m.

  7. The Joint Pretrial Order shall be filed no later than September 14, 2009. The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

  8. All motions and applications shall be governed by the Court's Individual Rules of Practice.

  9. The parties shall be ready for trial on 48 hours notice on or after September 28, 2009. The estimated trial time is 5-7 days and this is a non-jury trial.

10. The next Case Management Conference will be held on December 3, 2008 at 9:30 a.m.

Dated: July 31, 2008
New York, New York

SO ORDERED.

*[signature]*
HON. GEORGE B. DANIELS

AUG - 4 2008

KAYE SCHOLER LLP

By: *[signature]*
Fredric W. Yerman
425 Park Avenue
New York, NY 10022
(212) 836-8000
*Attorneys for Plaintiff*

REED SMITH LLP

By: *[signature]*
John P. Hooper
599 Lexington Avenue
New York, NY 10022
(212) 521-5400
*Attorneys for Defendant*

3