# KAYE SCHOLER LLP



Fredric W. Yerman
212 836-8663
Fax 212 836-6663
fyerman@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

July 30, 2008

**SO ORDERED**

*George B Daniels*
**HON. GEORGE B. DANIELS**

**By Hand**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007

Re: 4Kids Entertainment, Inc. v. Fox Broadcasting Company
    Civil Action No. 08-CV-4865 (GBD)

Dear Judge Daniels:

    This firm represents plaintiff 4Kids Entertainment, Inc. in this action. An initial pretrial conference has been scheduled in this matter on Wednesday, August 6, 2008 at 9:30 a.m. Unfortunately, as I advised your Chambers, I have an important prior engagement at that time, and would appreciate it if the conference could be rescheduled. Your chambers suggested that I propose an alternative date, on a Wednesday or Thursday morning, and I would propose the following Wednesday, August 13, at the same time.

    I have discussed with counsel for defendant Fox Broadcasting Company, the rescheduling of the conference to August 13, and he consents to it.

    We very much appreciate Your Honor's accommodating our request.

Respectfully,

Fredric W. Yerman

FWY/lu

cc: Christopher W. Healy, Esq.
    Reed Smith LLP
    599 Lexington Avenue, 22nd Floor
    New York, New York 10022

31683291.DOC